# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>vs.<br><br>Amilcar Tapia Araujo<br><br>            Defendant. | Case No. 21-cr-02313-CAB<br><br>JUDGMENT ~~OF DISMISSAL~~<br><br>**FILED**<br>SEP 2 9 2021<br>CLERK US DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY               DEPUTY |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

☒ Ct 1 - 21:952,960 - Importation of Methamphetamine

☒ Ct 2-3 - 8:1324(a)(2)(B)(ii);18:2 - Bringing in Aliens for Financial Gain; Aiding and Abetting

☒ Ct 4 - Bringing in Aliens Without Presentation

Dated: 9/29/21

Hon. Barbara Lynn Major
United States Magistrate Judge